JS-6                                          O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| EDGAR GERMAN CERVANTES, | No. SA CV 17-00787-JGB (DFM) |
|---|---|
| Petitioner, | **JUDGMENT** |
| v. | |
| DEBBIE ASUNCION, Warden, | |
| Respondent. | |

Under the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Dated: July 11, 2018

_____
JESUS G. BERNAL
United States District Judge